[No. 28836-2-II.   Division Two.   July 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED G. HANDLEY IV, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00457-3, James B. Sawyer II, J., entered April 25, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 29098-7-II.   Division Two.   July 1, 2003.]

ERVIN J. NEFF, ET AL., *Appellants*, v. DOUGLAS GOELTZ, *as Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pacific County, No. 01-1-03696-5, Joel M. Penoyar, J., entered June 21, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 28172-4-II.   Division Two.   July 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DON BOOTH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-02679-1, Marywave Van Deren, J., entered December 21, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 28360-3-II.   Division Two.   July 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE BURDETTE TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04265-5, Rosanne Buckner, J., entered February 7, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.